■

*649 A.2d 1280*

IN THE MATTER OF THE ESTATE OF MICHAEL J. FLATLEY.

July 15, 1994.

ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

■

*649 A.2d 1280*

IN THE MATTER OF THE SEIZED FIREARM OF JOHN BOSWELL v. STATE OF NEW JERSEY.

July 15, 1994.

ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having determined that the matter does not present a substantial constitutional question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed.

■

*649 A.2d 1280*

STATE OF NEW JERSEY v. LEONARD R. JAFFEE.

July 15, 1994.

ORDER

This matter having come before the Court on an appeal as of right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-